UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA Q. MITCHELL,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>D. MELO, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-05935 JFW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' Motion for Summary Judgment, (Dkt. No. 44), all opposition and reply papers, (Dkt. Nos. 63-65), and the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 71). On August 2, 2022, Defendants filed objections.  (Dkt. No. 73.)  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 71); and

2. The Motion for Summary Judgment is denied, (Dkt. No. 44).

A separate order will be issued setting the evidentiary hearing to resolve the issue of whether Plaintiff has exhausted his administrative remedies as required under the Prison Litigation Reform Act. See Albino v. Baca, 747 F.3d 1162, 1168 (9th Cir. 2014) ("If summary judgment is not appropriate, the district judge may decide disputed questions of fact in a preliminary proceeding.").

DATED:  August 5, 2022

THE HONORABLE JOHN F. WALTER
United States District Judge