UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA QUINN MITCHELL,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>D. MELO, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-05935 JFW (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 34), the Report and Recommendation of United States Magistrate Judge Denying Defendants' Motion for Summary Judgment (Dkt. No 71), and the Report and Recommendation of United States Magistrate Judge Dismissing this Action for Failure to Exhaust Administrative Remedies. (Dkt. No 95.) No objections were filed,

///

///

///

and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No 95);

2. Plaintiff's First Amended Complaint (Dkt. No. 34) is dismissed without prejudice for failure to exhaust administrative remedies; and

3. Judgment is to be entered accordingly.

DATED:   January 25, 2023

THE HONORABLE JOHN F. WALTER
United States District Judge