JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYATTA QUINN MITCHELL, | Case No. 2:20-05935 JFW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| D. MELO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed without prejudice.

DATED: January 25, 2023

_____
THE HONORABLE JOHN F. WALTER
United States District Judge